

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2016

No. 04-16-00179-CR

Jason **TURNER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9801
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The reporter's record was originally due May 9, 2016.  After a late record notification and the granting of an extension, the reporter's record was due July 29, 2016.  The court reporter has now filed a second notification of late record, asking for an extension to August 3, 2016.  After review, we **GRANT** the reporter's request and **ORDER** the reporter to file the reporter's record in this court on or before August 3, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2016.

_____
Keith E. Hottle
Clerk of Court